1  Parsons Behle & Latimer
   Norman H. Kirshman, Bar No. 2733
2  Robert L. Rosenthal, Bar No. 6476
   Shelley L. Lanzkowsky, Bar No. 9096
3  411 E. Bonneville Avenue, Suite 300
   Las Vegas, NV  89101
4  Telephone:	(702) 384-3877
   Facsimile:	(702) 384-7057
5
   Attorneys for Defendants
6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE DISTRICT OF NEVADA**

10

| | |
|---|---|
| 11  LVRC HOLDINGS, LLC, a Nevada Corporation, | Case No.  CV-S-05-1026-KJD-GWF |
| 12 | |
| 13           Plaintiff, | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| 14  v. | |
| 15  CHRISTOPHER BREKKA, an individual; CAROLYN QUAIN, an individual; EMPLOYEE BUSINESS SOLUTIONS, INC., a Nevada Corporation; EMPLOYEE BUSINESS SOLUTIONS, INC., a Florida corporation and DOES I through X, | |
| 18           Defendants. | |
| 19  _____ CHRISTOPHER BREKKA, an individual, CAROLYN QUAIN, an individual, EMPLOYEE BUSINESS SOLUTIONS, INC., a Nevada Corporation, EMPLOYEE BUSINESS SOLUTIONS, INC., a Florida corporation, | |
| 23      Defendants/Third Party Complainants, | |
| 24  v. | |
| 25  STUART P. SMITH, an individual, | |
| 26           Third Party Defendant. | |

27

28

13944.001/887038.1

Pursuant to Rule 56(e) of the Federal Rules of Civil Procedure, defendant Fred Meyer, Inc., by and through its undersigned counsel, hereby files the following Motion for Summary Judgment.

Defendants are entitled to judgment as a matter of law on LVRC's claims because there is insufficient evidence in the record to support LVRC's claim that defendants accessed Load's computer system without authorization on November 19, 2004.

Defendants are also entitled to a ruling that LVRC may not present evidence of its damages. The parties entered into a Stipulation barring Plaintiff from using information derived from its financial records. Plaintiff's damages are necessarily derived from its financial records, and plaintiff is barred from presenting that evidence. The grounds for this Motion are more fully explained in the supporting memorandum filed herewith. Defendants hereby move the Court for an order summarily dismissing plaintiff's claims against it as a matter of law, or alternatively, for an order prohibiting plaintiff introducing evidence on its damages.

| | | |
|---|---|---|
| 1 | Dated: August 31, 2006 | Respectfully submitted, |
| 2 | | PARSONS BEHLE & LATIMER |
| 4 | | By: /s/ Norman H. Kirshman |
| 5 | | Norman H. Kirshman |
| | | Robert L. Rosenthal |
| 6 | | Shelley L. Lanzkowsky |
| | | 411 E. Bonneville, Suite 300 |
| 7 | | Las Vegas, Nevada 89101 |
| | | Attorneys for Defendants |

13944.001/887038.1                              - 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2006 , I caused the following to be served via the Court's CM/ECF system, a true and correct copy of the foregoing "**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**" to:

Wade B. Gochnour, Esq.
Haney Woloson & Mullins
1117 South Rancho Drive
Las Vegas, Nevada 89102

                                                  /s/ Stefan Brutsch
                                                  Employee of Parsons Behle & Latimer