UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LVRC HOLDINGS LLC<br><br>　　　　　Plaintiff-Appellant,<br>vs.<br><br>CHRISTOPHER BREKKA et al<br><br>　　　　　Defendants-Appellees. | District No.　2:05-CV-1026 KJD<br><br>U.S.C.A. No.　07-17116 |

ORDER ON MANDATE

　　The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 11-16-2009 , issued its judgment AFFIRMING the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this  19  day of  November , 2009.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　United States District Judge